The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:08-MC-05004-RBL |
| Plaintiff, | |
| v. | **UNITED STATES' APPLICATION FOR GARNISHMENT ORDER TERMINATING AND ORDER** |
| DANIELLE S. ROBERTS, | |
| Defendant, | |
| v. | |
| JC PENNEY, | |
| Garnishee. | |

COMES now the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Anastasia Bartlett, Assistant United States Attorney, and pursuant to 28 U.S.C. § 3210(C), declares that the debt for which the above-captioned garnishment was issued has been satisfied and therefore the garnishment may be terminated.

Because the debt for which the garnishment was issued has been satisfied and the garnishment may be terminated, the United States respectfully requests the Court to issue an order terminating the garnishment so the Garnishee is no longer under the responsibility to continue making payments to the Clerk of the Court.

//

//

UNITED STATES' APPLICATION FOR ORDER
TERMINATING GARNISHMENT AND [PROPOSED] ORDER - 1
(MC-08-5004)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1   DATED this 30th day of March, 2010.

2                                       Respectfully submitted,

3
                                        JENNY A. DURKAN
4                                       United States Attorney

5

6                                       /s Anastasia D. Bartlett
                                        ANASTASIA D. BARTLETT, WSBA #7142
7                                       Assistant United States Attorney
                                        700 Stewart Street, Suite 5220
8                                       Seattle, WA 98101-1271
                                        Telephone:  (206) 553-7970
9                                       Facsimile:  (206) 553-4067
                                        E-mail: anastasia.bartlett@usdoj.gov
10

11

12                              **ORDER**

13
    IT IS SO ORDERED.
14

15  DATED this 2nd day of April, 2010.

16

17                                      _____
                                        RONALD B. LEIGHTON
18                                      UNITED STATES DISTRICT JUDGE

19

20

21  Presented by:

22  /s Anastasia D. Bartlett
    ANASTASIA D. BARTLETT, WSBA #7142
23  Assistant United States Attorney

24

25

26

27

28

UNITED STATES' APPLICATION FOR ORDER
TERMINATING GARNISHMENT AND [PROPOSED] ORDER - 2
(MC-08-5004)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970